## Exhibit A
## Statement of Claim
## Plaintiff Cassandra Fabien

**Unpaid Overtime and Wages**

| Period[1] | Weeks[1] | Weekly Hours Worked[1] | Unpaid Travel Time[1] | Average Hourly Rate Paid Throughout Employment[1] | Equivalent Overtime Hourly Rate[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|
| 9/24/18 - 9/24/18 | 0.14 | 9 | 0 | $ 28.65 | $ 42.98 | $ - | $ - |
| 9/17/18 - 9/23/18 | 1.00 | 60 | 0 | $ 28.65 | $ 42.98 | $ 286.50 | $ 286.50 |
| 9/10/18 - 9/16/18 | 1.00 | 72 | 0 | $ 28.65 | $ 42.98 | $ 458.40 | $ 458.40 |
| 9/3/18 - 9/9/18 | 1.00 | 72 | 0 | $ 28.65 | $ 42.98 | $ 458.40 | $ 458.40 |
| 8/27/18 - 9/2/18 | 1.00 | 72 | 0 | $ 28.65 | $ 42.98 | $ 458.40 | $ 458.40 |
| 8/20/18 - 8/26/18 | 1.00 | 72 | 0 | $ 28.65 | $ 42.98 | $ 458.40 | $ 458.40 |
| 8/13/18 - 8/19/18 | 1.00 | 49 | 0 | $ 28.65 | $ 42.98 | $ 128.93 | $ 128.93 |
| 8/6/18 - 8/12/18 | 1.00 | 36 | 0 | $ 28.65 | $ 42.98 | $ - | $ - |
| 7/30/18 - 8/5/18 | 1.00 | 36 | 0 | $ 28.65 | $ 42.98 | $ - | $ - |
| 7/23/18 - 7/29/18 | 1.00 | 48 | 0 | $ 28.65 | $ 42.98 | $ 114.60 | $ 114.60 |
| 7/16/18 - 7/22/18 | 1.00 | 28 | 0 | $ 28.65 | $ 42.98 | $ - | $ - |
| 7/9/18 - 7/15/18 | 1.00 | 51 | 0 | $ 28.65 | $ 42.98 | $ 157.58 | $ 157.58 |
| 7/2/18 - 7/8/18 | 1.00 | 48 | 0 | $ 28.65 | $ 42.98 | $ 114.60 | $ 114.60 |
| 6/25/18 - 7/1/18 | 1.00 | 36 | 0 | $ 28.65 | $ 42.98 | $ - | $ - |
| 6/18/18 - 6/24/18 | 1.00 | 48 | 0 | $ 28.65 | $ 42.98 | $ 114.60 | $ 114.60 |
| 6/11/18 - 6/17/18 | 1.00 | 61 | 0 | $ 28.65 | $ 42.98 | $ 300.83 | $ 300.83 |
| 6/4/18 - 6/10/18 | 1.00 | 49.5 | 0.5 | $ 28.65 | $ 42.98 | $ 150.41 | $ 150.41 |
| 5/28/18 - 6/3/18 | 1.00 | 48 | 0 | $ 28.65 | $ 42.98 | $ 114.60 | $ 114.60 |
| 5/21/18 - 5/27/18 | 1.00 | 54 | 0 | $ 28.65 | $ 42.98 | $ 200.55 | $ 200.55 |
| 5/14/18 - 5/20/18 | 1.00 | 49.5 | 0.5 | $ 28.65 | $ 42.98 | $ 150.41 | $ 150.41 |
| 5/7/18 - 5/13/18 | 1.00 | 69.5 | 2.5 | $ 28.65 | $ 42.98 | $ 494.22 | $ 494.22 |
| 4/30/18 - 5/6/18 | 1.00 | 69.5 | 2.5 | $ 28.65 | $ 42.98 | $ 494.22 | $ 494.22 |
| 4/23/18 - 4/29/18 | 1.00 | 82 | 3 | $ 28.65 | $ 42.98 | $ 687.61 | $ 687.61 |
| 4/16/18 - 4/22/18 | 1.00 | 68 | 2 | $ 28.65 | $ 42.98 | $ 458.40 | $ 458.40 |
| 4/9/18 - 4/15/18 | 1.00 | 58 | 2 | $ 28.65 | $ 42.98 | $ 315.15 | $ 315.15 |
| 4/2/18 - 4/8/18 | 1.00 | 57.5 | 1.5 | $ 28.65 | $ 42.98 | $ 293.66 | $ 293.66 |
| 3/26/18 - 4/1/18 | 1.00 | 76.75 | 1 | $ 28.65 | $ 42.98 | $ 555.10 | $ 555.10 |
| 3/19/18 - 3/25/18 | 1.00 | 60 | 0 | $ 28.65 | $ 42.98 | $ 286.50 | $ 286.50 |
| 3/12/18 - 3/18/18 | 1.00 | 48 | 0 | $ 28.65 | $ 42.98 | $ 114.60 | $ 114.60 |
| 3/5/18 - 3/11/18 | 1.00 | 48 | 0 | $ 28.65 | $ 42.98 | $ 114.60 | $ 114.60 |
| 2/26/18 - 3/4/18 | 1.00 | 48 | 0 | $ 28.65 | $ 42.98 | $ 114.60 | $ 114.60 |
| 2/19/18 - 2/25/18 | 1.00 | 48 | 0 | $ 28.65 | $ 42.98 | $ 114.60 | $ 114.60 |
| 2/12/18 - 2/18/18 | 1.00 | 84 | 0 | $ 28.65 | $ 42.98 | $ 630.30 | $ 630.30 |
| 2/5/18 - 2/11/18 | 1.00 | 48 | 0 | $ 28.65 | $ 42.98 | $ 114.60 | $ 114.60 |
| 1/29/18 - 2/4/18 | 1.00 | 48 | 0 | $ 28.65 | $ 42.98 | $ 114.60 | $ 114.60 |
| 1/22/18 - 1/28/18 | 1.00 | 45 | 0 | $ 28.65 | $ 42.98 | $ 71.63 | $ 71.63 |
| 1/15/18 - 1/21/18 | 1.00 | 48 | 0 | $ 28.65 | $ 42.98 | $ 114.60 | $ 114.60 |
| 1/8/18 - 1/14/18 | 1.00 | 48 | 0 | $ 28.65 | $ 42.98 | $ 114.60 | $ 114.60 |
| 1/1/18 - 1/7/18 | 1.00 | 36 | 0 | $ 28.65 | $ 42.98 | $ - | $ - |
| 12/25/17 - 12/31/17 | 1.00 | 48 | 0 | $ 28.65 | $ 42.98 | $ 114.60 | $ 114.60 |
| 12/18/17 - 12/24/17 | 1.00 | 0 | 0 | $ 28.65 | $ 42.98 | $ - | $ - |
| 12/11/17 - 12/17/17 | 1.00 | 48.5 | 0 | $ 28.65 | $ 42.98 | $ 121.76 | $ 121.76 |
| 12/4/17 - 12/10/17 | 1.00 | 48 | 0 | $ 28.65 | $ 42.98 | $ 114.60 | $ 114.60 |
| 11/27/17 - 12/3/17 | 1.00 | 48 | 0 | $ 28.65 | $ 42.98 | $ 114.60 | $ 114.60 |

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.

# Exhibit A
## Statement of Claim
## Plaintiff Cassandra Fabien

## Unpaid Overtime Wages (continued)

| Period[1] | Weeks[1] | Weekly Hours Worked[1] | Unpaid Travel Time[1] | Average Hourly Rate Paid Throughout Employment[1] | Equivalent Overtime Hourly Rate[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|
| 11/20/17 - 11/26/17 | 1.00 | 48 | 0 | $ 28.65 | $ 42.98 | $ 114.60 | $ 114.60 |
| 11/13/17 - 11/19/17 | 1.00 | 1 | 0 | $ 28.65 | $ 42.98 | $ - | $ - |
| 11/6/17 - 11/12/17 | 1.00 | 42 | 0 | $ 28.65 | $ 42.98 | $ 28.65 | $ 28.65 |
| 10/30/17 - 11/5/17 | 1.00 | 0 | 0 | $ 28.65 | $ 42.98 | $ - | $ - |
| 10/23/17 - 10/29/17 | 1.00 | 0 | 0 | $ 28.65 | $ 42.98 | $ - | $ - |
| 10/16/17 - 10/22/17 | 1.00 | 0 | 0 | $ 28.65 | $ 42.98 | $ - | $ - |
| 10/9/17 - 10/15/17 | 1.00 | 0 | 0 | $ 28.65 | $ 42.98 | $ - | $ - |
| 10/2/17 - 10/8/17 | 1.00 | 48.5 | 0 | $ 28.65 | $ 42.98 | $ 121.76 | $ 121.76 |
| 9/25/17 - 10/1/17 | 1.00 | 48 | 0 | $ 28.65 | $ 42.98 | $ 114.60 | $ 114.60 |
| 9/18/17 - 9/24/17 | 1.00 | 48 | 0 | $ 28.65 | $ 42.98 | $ 114.60 | $ 114.60 |
| 9/11/17 - 9/17/17 | 1.00 | 52 | 0 | $ 28.65 | $ 42.98 | $ 171.90 | $ 171.90 |
|  |  |  |  |  |  | $ 10,002.51 | $ 10,002.51 |

Total Unpaid Overtime Wages[1] = $ 10,002.51
Total Liquidated Damages[1] = $ 10,002.51
Total[1] = $ 20,005.02

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.